UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRIAN W. MURKLAND,

   Plaintiff

    V.

BUILDINGS AND MATTERS, LLC,

   Defendant.

Civil Action No. 1:15-cv-11679-JCB

BUILDINGS AND MATTERS, LLC,

   Plaintiff-in-Counterclaim

    V.

BRIAN W. MURKLAND,

   Defendant-in-Counterclaim.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Brian W. Murkland ("Murkland") and Defendant Buildings and Matters, LLC ("Buildings and Matters") hereby file this stipulation of dismissal of this action with prejudice and without costs and/or attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

| | |
|---|---|
| BRIAN W. MURKLAND, | BUILDINGS AND MATTERS, LLC, |
| By his attorneys, | By its attorneys, |
| /s/ John T. McInnes, <br> John T. McInnes (BBO #657488) <br> john@dmmiplaw.com <br> Dingham, McInnes & McLane, L.P. <br> 9 Exchange Street <br> Worcester, MA 01608 <br> Tel.: (774) 420-2360 <br> Fax: (866) 610-0507 | /s/ Daniel E. Rosenfeld <br> Daniel Rosenfeld (BBO #560226) <br> daniel.rosenfeld@dlapiper.com <br> DLA Piper LLP (US) <br> 33 Arch Street, 26th Floor <br> Boston, MA 02110 <br> Tel.:   (617) 406-6000 <br> Fax:   (617) 406-6100 |

Dated: March 1, 2016

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on March 1, 2016.

/s/ John T. McInnes
John T. McInnes